**Abatement Order filed January 3, 2019**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-18-00795-CV**

---

**IN RE CATHALEEN MONTELONGO**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-48430**

---

## ORDER

On Monday, September 10, 2018, relator Cathaleen Montelongo filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Judy Warne, presiding judge of the 257th District Court of Harris County, to reinstate the underlying case on the jury trial docket.

Respondent ceased to hold the office of Judge of the 257th District Court of Harris County, Texas, after the institution of this action. Therefore, we are required to abate this mandamus proceeding to permit respondent's successor, the **Honorable**

**Sandra Peake**, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b).

This mandamus proceeding is abated until **February 4, 2019**, by which time Judge Peake shall advise this court of the action taken on relator's request. This court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

PER CURIAM